AUGUST C. KLUPP, Appellant, *v.* THE UNITED ICE LINES, Respondent.

(Argued May 6, 1892; decided May 24, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 31, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*W. Farrington* for appellant.

*George Holmes* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.